■ ALLAN D. COHEN, Appellant, et al., Plaintiff, v DONNA M. STAMMERS et al., Respondents. — In a personal injury action, plaintiff Allan D. Cohen appeals from an order of the Supreme Court, Queens County (Leviss, J.), dated November 12, 1981, which granted defendants' motion for an order requiring him to submit to a physical examination by a physician of defendants' choice. Order reversed, with $50 costs and disbursements, and motion denied (see 22 NYCRR 672.1; *Delgado v Fogle*, 32 AD2d 85). Lazer, J. P., Mangano, Gibbons and Weinstein, JJ., concur.